IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01893-WYD

MARALEX RESOURCES, INC., a Colorado corporation, and
ALEXIS M. O'HARE and
MARY C. O'HARE, individually,

      Plaintiffs,

v.

SALLY JEWELL, in her official capacity as SECRETARY OF THE UNITED STATES
DEPARTMENT OF THE INTERIOR;
THE UNITED STATES DEPARTMENT OF THE INTERIOR and
THE UNITED STATES OF AMERICA,

      Defendants.

---

**ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN**

---

**Daniel, J.**

     This action under the Administrative Procedures Act was filed on September 1,

2015.  A Joint Case Management Plan should, if properly negotiated, provide a mutually

agreeable road map for prioritizing and addressing procedural issues as well as an

efficient briefing schedule.  Accordingly, the parties are directed to confer and prepare a

proposed Joint Case Management Plan (JCMP).  The form JCMP of this court is

referenced in D.C.COLO.LAPR 16.1.  Counsel should attempt in good faith to agree on

all matters covered in the form JCMP.  Any issue in dispute should be identified in the

proposed JCMP with a brief statement concerning the basis for the disagreement.

     **THEREFORE, IT IS ORDERED** that by **September 28, 2015**, the parties shall

file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using

the form Joint Case Management Plan referenced in  D.C.COLO.LAPR 16.1, and shall

submit a copy of the proposed Joint Case Management plan in an editable format

(Microsoft Word or WordPerfect) to Daniel_Chambers@cod.uscourts.gov.

Dated:  September 8, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE